UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DELAR SINGH, PH.D.** : | CIVIL NO. 3:12-CV-00768(VLB) |
| *PLAINTIFF,* : | |
| : | |
| **v.** : | |
| : | |
| **EASTERN CONNECTICUT STATE** : | |
| **UNIVERSITY, DR. MICHAEL PERNAL,** : | |
| **DR. DAVID STOLOFF, DR. JEFFREY** : | |
| **TRAWICK-SMITH, DR. ELSA NUNEZ,** : | |
| **DR. LESLIE RICKLIN** : | |
| *DEFENDANTS* : | July 13, 2012 |

## JOINT STIPULATION OF DISMISSAL

COME NOW the plaintiff and defendants and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by stipulation do hereby dismiss the above-referenced case, with prejudice.  Each party shall pay its own costs and fees.

                            PLAINTIFF
                            DELAR SINGH, PH.D.

BY:   /s/   ct 12745
       James F. Sullivan
       Howard, Kohn, Sprague & Fitzgerald
       237 Buckingham Street, P.O. Box 261798
       Hartford, CT  06126-1798
       Tel: (860) 525-3101
       Fax: (860) 247-4201
       Federal Bar # ct12745

                **DEFENDANTS**

     **BY:**   /s/ ct 28932
            Colleen B. Valentine (#ct28932)
            Assistant Attorney General
            Office of the Attorney General
            55 Elm Street, P. O. Box 120
            Hartford, CT 06141-0120
            Tel.: 860-808-5340
            Fax: 860-808-5383
            E-mail Colleen.Valentine@ct.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2012, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            /s/  ct12745
            James F. Sullivan (# ct12745)